UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACOB HAFTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CV-00553-PMP-LRL |
| ) | |
| STATE BAR OF NEVADA, ) | ORDER |
| ) | |
| Defendant. ) | |

On April 18, 2010, Plaintiff filed an Emergency Motion for Temporary Restraining Order (Doc. #4).

IT IS ORDERED that counsel for the parties shall appear on Monday, April 26, 2010 at 8:30 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101, for a hearing on Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. #4).

IT IS FURTHER ORDERED that Defendant State Bar of Nevada shall have until Thursday, April 22, 2010, in which to file a response brief.

DATED: April 19, 2010

_____
PHILIP M. PRO
United States District Judge